IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

IN RE GOVERNMENT            )
FORECLOSURE CASES           )        **STANDING ORDER**
                            )
                                     6:09mc126-HMH

In government foreclosure cases, all submissions requesting action by the undersigned must be accompanied by a motion signed by the attorney of record.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

September 15, 2009
Greenville, South Carolina

1